■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. YUSUF HARRIS, Appellant, v JAMES T. CONWAY, as Superintendent of Attica Correctional Facility, et al., Respondents. [851 NYS2d 352]— Order, Supreme Court, New York County (Brenda Soloff, J.),

entered on or about June 22, 2007, which denied petitioner's application for a writ of habeas corpus and dismissed the proceeding, unanimously affirmed, without costs.

The petition was improperly brought in a county other than the county of incarceration (*see Matter of Hogan v Culkin*, 18 NY2d 330 [1966]). Furthermore, petitioner's challenge to the validity of his criminal conviction may not be raised by way of habeas corpus (*see e.g. People ex rel. Grant v Scully*, 190 AD2d 543 [1993], *appeal dismissed* 92 NY2d 946 [1998]), and is meritless in any event. Concur—Tom, J.P., Saxe, Friedman, Gonzalez and McGuire, JJ.